UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:<br>Jorge Bravo and Clorinda Bravo<br>Debtors | CHAPTER 7<br>CASE NO. 12-10045-ANV |

## LOSS MITIGATION CONTACT

Now comes PNC Bank, National Association, successor by merger to National City Bank, successor by merger to National City Mortgage Co., formerly known as NCMC NewCo, Inc., successor in interest to National City Mortgage Co., subsequently known as National City Mortgage, Inc. ("PNC Bank") and files with this Court the Loss Mitigation Contact Information as required by the Loss Mitigation Order:

Creditor Contact Information :
Lisa McCormick
Process Leader II, Mortgage Officer
PNC Mortgage, a Division of PNC Bank, NA
PNC Financial Services Group
3232 Newmark Drive (B6-YM09-02-2)
Miamisburg, OH 45342
B5F1 01-275A
(937)910-3258 (office)
877-664-8314 (fax)
lisa.a.mccormick@pncmortgage.com:

Respectfully submitted,
PNC Bank.
/s/ Kathryn A. Fyans
Kathryn A. Fyans, Esquire
RI# 7360
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
781-398-4800
ribk@harmonlaw.com

Dated: April 25 , 2012

«DebtorNames»
«CaseNumber»

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| IN RE: | CHAPTER 7 |
|---|---|
| Jorge Bravo and Clorinda Bravo | CASE NO. 12-10045-ANV |
| Debtors | |

### CERTIFICATE OF SERVICE

I, Kathryn A. Fyans, Esquire, state that on April 25, 2012, I electronically filed the foregoing Objection to Motion to Compel with the United States Bankruptcy Court for the District of Rhode Island using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Lisa A. Geremia, Esquire, Chapter 7 Trustee
Gary L. Donahue, Esquire, Assistant U.S. Trustee
John B. Ennis, Esquire for the Debtors

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Kathryn A. Fyans
Kathryn A. Fyans, Esquire
RI# 7360

Jorge Bravo
66 Edgeworth Avenue
Providence, RI 02904


Clorinda Bravo
66 Edgeworth Avenue
Providence, RI 02904