*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Jorge Bravo and Clorinda Bravo

Debtor(s)

BK No. 1:12–bk–10045

Chapter 7

*ORDER DENYING (doc# 35 )*
*Re: Motion to Delay Discharge , filed by Debtors*

After consideration of the pleading(s), it is hereby **ORDERED** that the above entitled document (doc. # 35 ) is **DENIED as it fails to comply with the time frame set forth in Fed. R. Bankr. P. 4004(c)(2).** .

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **7/10/12**

Entered on Docket: **7/10/12**
Document Number: **42 – 35**

oaftconsid.jsp #145

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: *www.rib.uscourts.gov*